# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Angelo Ferguson, aka Angelo Fergusen,<br><br>　　　　　　　　Petitioner<br><br>　v.<br><br>William Gittere, *et al.*,<br><br>　　　　　　　　Respondents | Case No. 2:23-cv-00299-CDS-NJK<br><br>**Order Granting Motion to Extend Time to File Amended Petition**<br><br>[ECF No. 7] |

　　　In this habeas corpus action, the petitioner, Angelo Ferguson, represented by appointed counsel, was due to file an amended petition for writ of habeas corpus by July 6, 2023. ECF No. 5 (amended petition due 90 days from April 7, 2023).

　　　On July 6, 2023, Ferguson filed a motion for extension of time (ECF No. 7), requesting a 90-day extension of time, to October 4, 2023. Ferguson's counsel states that this extension of time is necessary because of the complexity of this case, especially with respect to issues concerning the petitioner's mental health, and because of his obligations in other cases. The court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

　　　IT IS THEREFORE ORDERED that petitioner's Motion for Extension of Time **[ECF No. 7] is GRANTED**. Petitioner will have until and including **October 4, 2023**, to file his amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered April 7, 2023 (ECF No. 5) will remain in effect.

　　　DATED: July 14, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge