# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Angelo Ferguson aka Angelo Fergusen,

    Petitioner

v.

Jeremy Bean, et al.,

    Respondents

Case No. 2:23-cv-00299-CDS-NJK

**Order Granting Respondents' Motion for Extension of Time**

[ECF No. 28]

In this habeas corpus action, the respondents were due on June 6, 2025, to file an answer or other response to Angelo Ferguson's second amended habeas petition. ECF No. 27 at 2. On June 6, the respondents filed a motion for extension of time (ECF No. 28), requesting a 90-day extension, to September 4, 2025. Respondents' counsel states that the extension is necessary because of the time it is taking to compile the state court record. Respondents counsel represents that Ferguson, who is represented by appointed counsel, does not oppose the motion for extension of time. I find that the motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

I therefore order that the respondents' motion for enlargement of time **[ECF No. 28] is granted**. The respondents will have until and including **September 4, 2025**, to file an answer or other response to the second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered April 27, 2023 (ECF No. 5) will remain in effect.

Dated: June 12, 2025

_____
Cristina D. Silva
United States District Judge