UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Angelo Ferguson, aka Angelo Fergusen,

    Petitioner

v.

Jeremy Bean, et al.,

    Respondents

Case No. 2:23-cv-00299-CDS-NJK

**Order Granting Respondents' Motion for Extension of Time**

[ECF No. 31]

    This habeas corpus action was reopened following a stay on April 2, 2025. ECF No. 27. Then, after a 65-day initial period and a 90-day extension of time, the respondents were due, on September 4, 2025, to file an answer or other response to Angelo Ferguson's second amended habeas petition. ECF Nos. 27, 29. On September 4, the respondents filed a motion for extension of time, requesting a further 60-day extension, to November 3, 2025. ECF No. 31. Respondents' counsel states that the extension is necessary because she is relatively new to the case, because of the time it is taking to compile the state court record, because of problems with the State's computer systems, because of time away from work for training, and because of obligations in other cases. Respondents' counsel represents that Ferguson, who is represented by appointed counsel, does not oppose the motion for extension of time. I find that the motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

    I therefore order that the respondents' motion for enlargement of time **[ECF No. 31] is granted**. The respondents will have until and including **November 3, 2025**, to file an answer or other response to the second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered April 27, 2023 (ECF No. 5) will remain in effect.

Dated: September 11, 2025

_____
Cristina D. Silva
United States District Judge