UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Angelo Ferguson, aka Angelo Fergusen,<br><br>                    Petitioner<br><br>v.<br><br>Jeremy Bean, et al.,<br><br>                    Respondents | Case No. 2:23-cv-00299-CDS-NJK<br><br>**Order Granting Respondents'<br>Motion for Extension of Time**<br><br>[ECF No. 33] |

This habeas corpus action was reopened following a stay on April 2, 2025. ECF No. 27. Then, after a 65-day initial period, a 90-day extension of time, and a 60-day extension of time, the respondents were due on November 3 to file an answer or other response to Angelo Ferguson's second amended habeas petition. ECF Nos. 27, 29, 32. On November 3, the respondents filed a motion for extension of time, requesting a further 45-day extension, to December 18. ECF No. 33. Respondents' counsel states that the extension is necessary because of computer problems, short staffing at the Nevada Attorney General's office, and obligations in other cases. Respondents' counsel represents that Ferguson, who is represented by appointed counsel, does not oppose the extension of time. I find that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

I therefore order that the respondents' motion for enlargement of time **[ECF No. 33] is granted**. Respondents will have until and including **December 18, 2025**, to file an answer or other response to the second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered April 7, 2023 (ECF No. 5) will remain in effect.

Dated: November 3, 2025

_____
Cristina D. Silva
United States District Judge