UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Angelo Ferguson, aka Angelo Fergusen,

    Petitioner

v.

Jeremy Bean, et al.,

    Respondents

Case No. 2:23-cv-00299-CDS-NJK

**Order Granting Respondents' Motion for Extension of Time**

[ECF No. 36]

    This habeas corpus action was reopened following a stay on April 2, 2025. ECF No. 27. Then, after a 65-day initial period, a 90-day extension of time, a 60-day extension of time, and a 45-day extension of time, the respondents were due on December 18, 2025, to file an answer or other response to Angelo Ferguson's second amended habeas petition (ECF No. 17), which was filed on February 26, 2025. ECF Nos. 27, 29, 32, 34. On December 12, the respondents filed a motion for extension of time, requesting a further 33-day extension, to January 20, 2026. ECF No. 36. Respondents' counsel states that the extension is necessary because of their obligations in other cases and because of the time it is taking to compile the record. Respondents' counsel represents that Ferguson, who is represented by appointed counsel, does not oppose the extension of time. I find that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

    I therefore order that the respondents' motion for an extension of time **[ECF No. 36] is granted**. Respondents will have until and including **January 20, 2026**, to file an answer or other response to the second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered April 7, 2023 (ECF No. 5) will remain in effect.

    Dated: December 29, 2025

                                            _____
                                            Cristina D. Silva
                                            United States District Judge