UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Angelo Ferguson, aka Angelo Fergusen,

Petitioner

v.

Jeremy Bean, et al.,

Respondents

Case No. 2:23-cv-00299-CDS-NJK

**Order Granting Petitioner's
Motion for Extension of Time**

[ECF No. 51]

In this habeas corpus action, the respondents filed a motion to dismiss on January 20, 2026. ECF No. 49. Petitioner Angelo Ferguson, who is represented by appointed counsel, was due to respond to the motion to dismiss by March 23, 2026. *See* ECF No. 5 (60 days for response to motion to dismiss). On March 23, Ferguson filed a motion for extension of time, requesting a 91-day extension, to June 22, 2026. ECF No. 51. Ferguson's counsel states that the extension is necessary because they are relatively new to the case, because the record is voluminous, and because of their obligations in other cases. Ferguson's counsel represents that the respondents do not oppose the extension of time. I find that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

I therefore order that the petitioner's motion for an extension of time **[ECF No. 51] is granted**. The petitioner will have until and including **June 22, 2026**, to file response to the motion to dismiss. In all other respects, the schedule for further proceedings set forth in the scheduling order entered April 7, 2023 (ECF No. 5) will remain in effect.

Dated: April 1, 2026

_____
Cristina D. Silva
United States District Judge