UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Angelo Ferguson,

           Petitioner

v.

Jeremy Bean,

           Respondent

Case No. 2:23-cv-00299-CDS-NJK

**Order Granting Motion for
Extension of Time**

[ECF No. 53]

On June 18, 2026, petitioner Angelo Ferguson filed a motion for a 30-day extension of time to file his opposition to the motion to dismiss. ECF No. 53. This is Ferguson's second request for an extension of this deadline. Finding good cause, I grant the motion.

It is therefore ordered that the motion for extension of time **[ECF No. 53] is granted**. Ferguson has up to and including July 22, 2026, to file his opposition.

Dated:  June 26, 2026

Cristina D. Silva
United States District Judge