UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Angelo Ferguson,<br><br>Petitioner<br><br>v.<br><br>Jeremy Bean,<br><br>Respondent | Case No. 2:23-cv-00299-CDS-NJK<br><br>**Order Granting in Part Respondent's Motion for Extension of Time**<br><br>[ECF No. 56] |

Respondent has filed a motion for a 30-day extension of time to file his reply to petitioner Angelo Ferguson's opposition to the motion to dismiss. ECF No. 56. This is the respondent's first request for an extension of this deadline. I find good cause exists to grant the motion, but I find that the time request is too extensive. The motion to dismiss has been pending since January 20, 2026, and needs to be resolved in a timely fashion.

It is therefore ordered that the motion for extension of time **[ECF No. 56] is granted, in part**. Respondent has up to and including September 2, 2026, to file his reply.

Dated: August 18, 2026

Cristina D. Silva
United States District Judge